JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE YANEZ TOLENTINO, | Case No. CV 07-1389-SVW (DTB) |
| Petitioner, | JUDGMENT |
| vs. | |
| MATTHEW KRAMER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that a conditional writ of habeas corpus is granted as follows: Respondent shall afford petitioner a new sentencing hearing unless the California Court of Appeal provides petitioner, along with the appointment of counsel, either an untimely appeal or an equivalent remedial procedure, so long as the procedure provided permits petitioner, with the assistance of appointed counsel, to pursue all direct appeal claims that would have been available on a timely direct appeal from his re-sentencing in Los Angeles County Superior Court Case No. PA046413.

DATED: 9/21/10

STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE